Form ntcinstl

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 14−32199
Chapter: 13
Judge: Eugene R. Wedoff

In Re:
  Pavielle R Dixon
  7658 S Rhodes
  Chicago, IL 60619

Social Security / Individual Taxpayer ID No.:
  xxx−xx−1699

Employer Tax ID / Other nos.:

### NOTICE OF ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the *Application for Individuals to Pay the Filing Fee in Installments (Official Form B 3A)*, the court orders that:

○ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

● The debtor(s) must pay the filing fee according to the following terms:

| You must pay ... | On or before this date ... |
|---|---|
| $77.50 | 10/03/2014 |
|  | mm/dd/yyyy |
| $77.50 | 11/03/2014 |
|  | mm/dd/yyyy |
| $77.50 | 12/02/2014 |
|  | mm/dd/yyyy |
| + $77.50 | 12/31/2014 |
|  | mm/dd/yyyy |
| Total $310.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

BY THE COURT

Dated: September 11, 2014

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court